**FILED**

05/18/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0103

# IN THE SUPREME COURT OF THE STATE OF MONTANA

## Supreme Court Cause No. DA 22-0103

SKYLINE CONSULTING GROUP,

Appellant,

and

MORTENSEN WOODWORK, INC.,

Appellee.

**GRANT OF EXTENSION**

Having considered the Appellee's Unopposed Motion for Extension of Time to File Appellee's Brief in Response to Appellant's Opening Brief and good cause being found, the Court HEREBY ORDERS: that the deadline for Appellee to file his response brief be extended 30 days from Wednesday, May 18, 2022, to Friday, June 17, 2022.

ORDERED this ___ day of _____ 2022.

cc:  Cherche Prezeau/Colin Phelps
     Ryan Lorenz/Jame R. Artzer

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
May 18 2022